The State *v.* Williams.

---

---

### THE STATE *v.* WILLIAMS.

CRIMINAL LAW AND PRACTICE.—For a sufficient form for an information for malicious trespass, see the opinion.

APPEAL from the *Hendricks* Common Pleas.

*Per Curiam.*—The information in this case charges that the defendant on, &c., at, &c., "did maliciously and mischievously injure one wagon, the property of *Peter S. Kennedy*, of the value of 40 dollars, by then and there removing from the ends of the axletrees of said wagon the nuts or taps on the same, and by then and there removing the hammer and neck yoke of said wagon where the said *Kennedy* could never find them—the said taps, hammer and neck yoke—which taps, &c., were of the value of 7 dollars, and by means of said injuries the wagon was damaged 7 dollars; all to the damage of said *Kennedy* 7 dollars." The defendant moved to quash the information; the Court sustained the motion, and the plaintiff excepted.

We perceive nothing objectionable in this information.  It charges affirmatively that the defendant, by removing the taps, hammer and neck yoke from the wagon, damaged it 7 dol-

lars; and whether the wagon was thus injured was a question for the jury. *The State* v. *Clevinger*, 14 Ind. 366.

The judgment is reversed, with costs. Cause remanded for trial.

*Oscar B. Hord*, Attorney General, and *John C. Bufkin*, for the State.

